IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREGORY SEAMSTER**,<br><br>    Plaintiff,<br><br>    v.<br><br>**PORT OF PORTLAND**, a quasi-public tri-county agency,<br><br>    Defendant. | Case No. 3:23-cv-01575-IM<br><br>**DISMISSAL ORDER** |

**IMMERGUT, District Judge.**

Based on Plaintiff's Notice of Dismissal Pursuant to Settlement, ECF 15, this action is DISMISSED with prejudice and with no costs or fees awarded to either side.

**IT IS SO ORDERED.**

DATED this 10th day of July, 2024.

                                                        /s/ Karin J. Immergut
                                                        Karin J. Immergut
                                                        United States District Judge